| | |
|---|---|
| 1 | PETER A. LINDH (061907) |
| 2 | JENNIFER T. SANCHEZ (191548)<br>GIBSON ROBB & LINDH LLP |
| 3 | 100 First Street, 27th Floor<br>San Francisco, CA 94105 |
| 4 | Telephone:  (415) 348-6000<br>Facsimile:   (415) 348-6001 |
| 5 | Attorneys for Defendant |
| 6 | MATSON NAVIGATION COMPANY |

1 PETER A. LINDH (061907)
2 JENNIFER T. SANCHEZ (191548)
  GIBSON ROBB & LINDH LLP
  100 First Street, 27th Floor
3 San Francisco, CA 94105
  Telephone:  (415) 348-6000
4 Facsimile:   (415) 348-6001

5 Attorneys for Defendant
  MATSON NAVIGATION COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MAXIE, | Case No. C 04-02255 MMC |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO AMEND PRETRIAL PREPARATION ORDER |
| vs. | |
| HORIZON LINES, LLC and MATSON NAVIGATION COMPANY | |
| Defendants. | |

The parties to the above-entitled action stipulate, agree and request the court to amend the Pretrail Preparation Order entered on May 2, 2005. At a status conference on June 24, 2003 the Court confirmed the adoption of the parties' revised discovery plan, including a September 2, 2005 mediation deadline and a medical expert disclosure deadline of September 16, 2005, consistent with a Trial date of November 28, 2005 and a Pretrial Conference on November, 15, 2005. The proposed and approved dates were necessitated by Mr. Maxie's having undergone back surgery in March 2005, and in anticipation of his reaching maximum medical cure and permanent and stationary status by mid July, 2005.

/ / /

/ / /

## CURRENT STATUS

The parties are advised that Mr. Maxie's medical condition is improving but that he is still participating in physical therapy. Mr. Maxie's surgeon has not opined as to a likely date by which maximum cure will be achieved.

The parties have completed the liability phase of Mr. Maxie's deposition and by stipulation are deferring the medical and damage phase until he becomes permanent and stationary. In an effort to maintain the current trail date despite the continuing uncertainty as to Mr. Maxie's prognosis, the parties propose revising the pre-trial order as follows:

| | |
|---|---|
| JURY TRIAL DATE: | November 28, 2005 at 9:00 a..m., Courtroom 7, 19th Floor; |
| NON-EXPERT DISCOVERY CUTOFF: | September 30, 2005; |
| LAST DAY FOR FILING DISPOSITIVE MOTIONS: | September 2, 2005; |
| EXPERT DISCLOSURE AND REPORTS | October 14, 2005; |
| EXPERT DISCOVERY CUTOFF: | October 28, 2005; |
| SETTLEMENT CONFERENCE: | Private mediation or settlement conference conducted by Magistrate Judge James Larson to be completed by October 3, 2005; |
| PRETRIAL CONFERENCE: | November 15, 2005 at 3:00 p.m.; |
| MEET AND CONFER: | Lead trial counsel shall meet and confer no later than October 14, 2005. |

Should Mr. Maxie's recovery be further delayed, the parties will immediately advise the Court and propose appropriate revisions to the current pretrial and trial dates.

Respectfully Submitted,

Dated: August 9, 2005        BANNING MICKLOW BULL & LOPEZ LLP

By: __S/ EDWARD BULL__
    Edward Bull
    Attorneys for Plaintiff
    DANIEL MAXIE

///

| | | |
|---|---|---|
| 1 | Dated: August 9, 2005 | LAW OFFICES OF HARVEY I. WITTENBERG |
| 2 | | |
| 3 | | By: S/ HARVEY J. WITTENBERG |
| | | Harvey I. Wittenberg |
| | | Attorneys for Defendant |
| 4 | | HORIZON LINES, LLC |
| 5 | | |
| 6 | Dated: August 9, 2005 | FLYNN DELICH & WISE |
| 7 | | By: S/ JAMES B. NEBEL |
| | | James B. Nebel |
| | | Attorneys for Defendant |
| 8 | | U.S. SHIP MANAGEMENT, INC. |
| 9 | | |
| 10 | Dated: August 9, 2005 | GIBSON ROBB & LINDH LLP |
| 11 | | |
| 12 | | By: S/ PETER A. LINDH |
| | | Peter A. Lindh |
| | | Attorneys for Defendant |
| 13 | | MATSON NAVIGATION COMPANY |

IT IS SO ORDERED

DATED: August _10_, 2005

_____
UNITED STATES DISTRICT JUDGE
MAXINE M. CHESNEY