HARVEY I. WITTENBERG, STATE BAR NO. 37760
THE LAW OFFICES OF HARVEY I. WITTENBERG
1807 ARLINGTON BLVD.  EL CERRITO, CA 94530
TELEPHONE:   510-235-0707
FACSIMILE      510-235-0606
ATTORNEYS FOR DEFENDANT, and
THIRD PARTY PLAINTIFF, HORIZON LINES, LLC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MAXIE ) | Case No. |
|     Plaintiff, ) | C 04-02255 MMC |
| vs. ) | STIPULATION AND (PROPOSED) ORDER |
| HORIZON LINES, LLC., ) | TO CONTINUE USSM's MOTION FOR |
| MATSON NAVIGATION COMPANY ) | SUMMARY ADJUDICATION |
|     Defendants. ) | |
| HORIZON LINES, LLC., ) | Hearing Date: October 14, 2005 |
|     Defendant and Third Party Plaintiff ) | Time:           9:00 A.M. |
| vs. ) | Place:          Courtroom 7, 19th floor |
| US SHIP MANAGEMENT, INC. ) | The Honorable Maxine M. Chesney |
|     Third party defendant ) | |

    Whereas U. S. SHIP MANAGEMENT. INC. (USSM) noticed its motion for summary adjudication to be heard on October 14, 2005; and

    Whereas, Horizon Lines intends to file an opposition to this motion within the time allowed under the present date set for the hearing of this motion; and

    Whereas the attorney of record for Horizon Lines in this action is presently set to start a trial in Alameda County Superior Court on October 14, 2005, (Wing v. Horizon Lines #RG04145268) which will not allow him to appear and argue the USSM motion on October 14, 2005; and

    Whereas all attorneys in the captioned action have been contacted and are agreeable to rescheduling USSM's motion for summary adjudication for two weeks until October 28, 2005; and

    Whereas the court calendar indicates that the court will be in session on October 28, 2005 and available to hear the arguments of counsel on USSM's motion for summary adjudication,

    NOW THEREFORE, the parties in the captioned action, acting by and through their attorneys of record do hereby stipulate that the October 14, 2005 hearing date for USSM's motion for summary adjudication may be rescheduled to October 28, 2005 at 9:a.m. or as soon thereafter as the matter can be heard.

Stipulation and (proposed) order to reschedule     1
USSM's motion for summary adjudication.

1  IT IS SO STIPULATED.

2  Dated: September   2005            BANNING, MICKLOW, BULL & LOPEZ

3                                      By: __**(/S/)**_____
                                        EDWARD M. BULL, III,
4                                       Attorneys for Plaintiff, Daniel Maxie

5

6  Dated: September   2005            GIBSON, ROBB & LINDH

7                                      By: __**(/S/)**_____
                                        PETER LINDH,
8                                       Attorneys for Defendant, Matson Navigation Company

9

10 Dated: September   2005            FLYNN, DELICH & WISE

11                                     By: __**(/S/)**_____
                                        JAMES B. NEBEL,
12                                      Attorneys for Third Party Defendant, U. S. SHIP
                                        MANAGEMENT. INC.
13

14 Dated: September   2005            THE LAW OFFICES OF HARVEY I WITTENBERG

15                                     By: _____
                                        HARVEY I. WITTENBERG,
16                                      Attorneys for Defendant and Third Party Plaintiff
                                        HORIZON LINES, LLC.
17
                                        (~~PROPOSED~~ ORDER)
18

19 IT IS HEREBY ORDERED that the hearing on Third Party Defendant, U. S. SHIP

20 MANAGEMENT. INC.'s motion for summary adjudication, presently scheduled for October 14,

   2005 is now rescheduled for October 28, 2005 at 9 a.m. ~~, or as soon thereafter as the matter may be~~
21 ~~heard.~~ U.S. Ship Management, Inc. shall file its reply no later than September 30,
   2005, as previously scheduled.
22 Dated
       September 21, 2005                            _____
                                                     The Honorable Maxine M. Chesney
23                                                   United States District Judge

24 **I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature
25 (/S/) within this efiled document.**

Stipulation and (proposed) order to reschedule     2
USSM's motion for summary adjudication.