1  BANNING MICKLOW BULL & LOPEZ, LLP
   Edward M. Bull, III, SBN 141996
2  Eugene A. Brodsky, SBN 33691
   Jennifer L. Fiore, SBN 203618
3  One Market, Steuart Tower, Suite 1440
   San Francisco, California 94105-1528
4  Telephone: (415) 399-9191 or (415) 543-1111
   Facsimile: (415) 399-9192
5
   Attorneys for Plaintiff
6  DANIEL MAXIE

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  DANIEL MAXIE,                      )   CASE NO. 04-02255 MMC
                                       )
12           Plaintiff,                )   STIPULATION AND
                                       )   [PROPOSED] ORDER
13  vs.                                )   CONTINUING PRETRIAL AND
                                       )   TRIAL DATES
14  HORIZON LINES, LLC, and MATSON     )
    NAVIGATION COMPANY,                )
15                                     )
             Defendants.               )
16  _____   )
                                       )
17  AND THIRD-PARTY CROSS-             )
    COMPLAINT                          )
18  _____   )

19

20        The parties, plaintiff DANIEL MAXIE, and defendants HORIZON LINES,

21  LLC ("HORIZON") and MATSON NAVIGATION COMPANY ("MATSON"),

22  and Third-Party Defendant U.S. SHIP MANAGEMENT, INC.'s ("USSM"),

23  jointly submit this Stipulation and [Proposed] Order Continuing the pretrial and

24  trial dates as follows.

25        Plaintiff DANIEL MAXIE has alleged that he suffered a back injury on or

26  about March 3, 2003, while serving on defendant HORIZON's vessel the

27  EXPEDITION, and has alleged an aggravation of that injury while employed by

28  defendant MATSON aboard the SS MAUI on January 7, 2004.  HORIZON alleges

1  in its Third-Party Complaint under F.R.C.P. Rule 14(c) that after he worked on the

2  EXPEDITION and before he joined the MAUI, he was injured while working on

3  the SEALAND ENDURANCE, which was operated by USSM.

4        Due to Plaintiff's need for continuing and additional medical care and the

5  fact that he is not-fit-for-duty or permanent and stationary, the parties believe that

6  they will not be able to complete all non-expert and expert discovery in

7  accordance with the present deadlines.  Accordingly, the parties stipulate and

8  respectfully request that the following pretrial and trial dates be continued for

9  approximately 120 days to new dates as follows:

| | |
|---|---|
| Non-expert discovery cutoff<br>(Present Date:  August 31, 2005) | February 28, 2006 |
| Last Day for filing dispositive motions<br>(Present Date:  September 2, 2005) | March 3, 2006 |
| Expert disclosure & reports<br>(Present Date:<br>Non-medical:  September 16, 2005<br>Medical:  September 30, 2005) | Non-medical: March 17, 2006<br>Medical:  March 31, 2006 |
| Expert discovery cutoff<br>(Present Date:  October 28, 2005) | April 14, 2006 |
| Settlement Conference:<br>(Private Mediation or settlement<br>conference before Chief Magistrate<br>Judge Larson to be completed by<br>September 2, 2005) | March 7, 2006 |
| Pretrial Conference<br>(Present Date:  November 15, 2005<br>at 3:00 p.m.) | April 25, 2006 at 3:00 p.m. |
| Trial Date<br>(Present Date:  November 28, 2005) | May 15, 2006 |

25  ///

26  ///

27  ///

28

1    IT IS SO STIPULATED.

2
3    Dated: October 6, 2005          BANNING MICKLOW BULL & LOPEZ, LLP

4
5                                    By:   /S/ Edward M. Bull
                                           EDWARD M. BULL, III
6                                          JENNIFER L. FIORE
                                           Attorneys for Plaintiff
7                                          DANIEL MAXIE

8    Dated: October 6, 2005          GIBSON, ROBB & LINDH LLP
9
10                                   By:   /S/ Peter Lindh
11                                         PETER LINDH
                                           JENNIFER T. SANCHEZ
12                                         Attorneys for Defendant
                                           MATSON NAVIGATION COMPANY
13
14   Dated: October 6, 2005          LAW OFFICES OF HARVEY I.  WITTENBERG
15
16
17                                   By:   /S/ Harvey I. Wittenberg
                                           HARVEY I. WITTENBERG
18                                         Attorney for Defendant
                                           HORIZON LINES, LLC
19
20   Dated: October 6, 2005          FLYNN DELICH & WISE, LLP
21
22                                   By:   /S/ James B. Nebel
23                                         JAMES B. NEBEL
                                           Attorneys for Third-Party Complaint
24                                         U.S. SHIP MANAGEMENT, INC.
25
26            **CERTIFICATE OF SIGNATURE(S)**
       I attest that the content of the document is acceptable to all persons above,
27   who were required to sign the document.     /S/ Jennifer L. Fiore

28

1

## <u>ORDER</u>

2

Pursuant to Stipulation and good cause appearing, it is hereby ordered that

3

the following pretrial and trial dates are continued as follows:

4

| | |
|---|---|
| Non-expert discovery cutoff | February 28, 2006 |

5

6

| | |
|---|---|
| Last Day for filing dispositive motions | March 3, 2006 |

7

| | |
|---|---|
| Expert disclosure & reports | Non-medical: March 17, 2006 |
| | Medical:  March 31, 2006 |

8

9

| | |
|---|---|
| Expert discovery cutoff | April 14, 2006 |

10

| | |
|---|---|
| Settlement Conference: | Private Mediation or settlement |
| | conference before Chief |
| | Magistrate Judge Larson to be |
| | completed March 7, 2006 |

11

12

13

14

| | |
|---|---|
| Pretrial Conference | April 25, 2006 at 3:00 p.m. |

15

16

| | |
|---|---|
| Trial Date | May 15, 2006 |

17

18

19

20

Dated:  October 11    , 2005

THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28