1  PETER A. LINDH (061907)
   JENNIFER T. SANCHEZ (191548)
2  GIBSON ROBB & LINDH LLP
   100 First Street, 27th Floor
3  San Francisco, CA 94105
   Telephone: (415) 348-6000
4  Facsimile:  (415) 348-6001

5  Attorneys for Defendant
   MATSON NAVIGATION COMPANY
6

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11 | DANIEL MAXIE,                          ) Case No. C 04-02255 MMC
   |                                        )
12 |         Plaintiff,                     ) **STIPULATION AND ORDER**
   |                                        ) **CONTINUING TRIAL AND**
13 | vs.                                    ) **PRE-TRIAL DATES**
   |                                        )
14 | HORIZON LINES, LLC and MATSON           )
   | NAVIGATION COMPANY                     )
15 |                                        )
   |                                        )
16 |         Defendants.                    )
   | _____ )
17

18         For the reasons set forth below, the parties to the above-entitled action stipulate, agree

19 and request the court continue the trial date and amend the Pre-trial Preparation Order entered on

20 October 11, 2005.

21         Mr. Maxie has not been declared as having reached maximum cure, from his alleged

22 injuries, which are the subject of this lawsuit. Mr. Maxie recently returned from a voyage

23 working as a steward. He continues to complain of physical ailments, and has a scheduled

24 appointment with his neurologist in early March. Mr. Maxie's treating physician has not opined

25 as to a likely date by which maximum cure will be achieved.

26         The parties have completed the liability phase of Mr. Maxie's deposition. Discovery is

27 closed, except that, by agreement, the parties have extended non-expert discovery for the

28 purposes of (1) the deferred medical and damages phase deposition of plaintiff, which was by

1  agreement deferred until he is permanent and stationary, and (2) plaintiff's depositions of four

2  designated co-workers of plaintiff.

3      The parties also wish to participate in settlement discussions.  The parties have agreed to

4  a private mediator, Jerry Spolter, and scheduled the mediation for April 3, 2006.  However,

5  given plaintiff's symptomology and the uncertainty regarding the date by which Mr. Maxie will

6  achieve maximum cure, the parties cannot meaningfully participate in settlement discussions

7  before the March 7, 2006 cut-off dates, or the scheduled April 3, 2006 date with Mr. Spolter.

8      Accordingly, the parties stipulate and respectfully request that the following pretrial dates

9  be continued as follows:

10      Expert disclosure & reports                 August 11, 2006
     (Present Date:
11     Non-medical: March 17, 2006
     Medical:      March 31, 2006)

12

     Expert Discovery cut-off                   September 1, 2006
13     (Present date: April 14, 2006)

14      Private mediation completion               August 1, 2006

15      Pretrial Conference                        September 12, 2006, 3:00 p.m.
     (Present Date: April 25, 2006,
16      at 3:00 p.m.)

17      Trial Date                                   October 3, 2006
     (Present Date: May 15, 2006)
18

19      Should Mr. Maxie's recovery be further delayed, the parties will immediately advise the

20  Court and propose appropriate revisions to the current pretrial and trial dates.

21                                         Respectfully Submitted,

22  Dated: March 8, 2006               BANNING MICKLOW BULL & LOPEZ LLP

23                                         By:   S/ EDWARD BULL
                                            Edward Bull
24                                              Attorneys for Plaintiff
                                            DANIEL MAXIE
25
Dated: March 8, 2006               LAW OFFICES OF HARVEY I. WITTENBERG
26
                                       By:   S/ HARVEY J. WITTENBERG
27                                              Harvey I. Wittenberg
                                            Attorneys for Defendant
28                                              HORIZON LINES, LLC

| | | |
|---|---|---|
| 1 | Dated: March 8, 2006 | FLYNN DELICH & WISE |
| 2 | | By:   S/ JAMES B. NEBEL |
| 3 | | James B. Nebel<br>Attorneys for Defendant<br>U.S. SHIP MANAGEMENT, INC. |
| 4 | | |
| 5 | Dated: March 8, 2006 | GIBSON ROBB & LINDH LLP |
| 6 | | By:   S/ PETER A. LINDH |
| 7 | | Peter A. Lindh<br>Attorneys for Defendant<br>MATSON NAVIGATION COMPANY |

10     IT IS SO ORDERED, with the exception that the pretrial conference is continued to

11 February 6, 2007 and the trial to February 20, 2007, no earlier trial dates being available.

13 DATED: March 14, 2006

14                               UNITED STATES DISTRICT JUDGE
                                       MAXINE M. CHESNEY