1    PETER A. LINDH (061907)
     JENNIFER T. SANCHEZ (191548)
2    GIBSON ROBB & LINDH LLP
     100 First Street, 27th Floor
3    San Francisco, CA 94105
     Telephone:  (415) 348-6000
4    Facsimile:   (415) 348-6001

5    Attorneys for Defendant
     MATSON NAVIGATION COMPANY
6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11   DANIEL MAXIE,                          )   Case No. C 04-02255 MMC
                                            )
12              Plaintiff,                   )   **STIPULATION AND [PROPOSED]**
                                            )   **ORDER CONTINUING PRE-TRIAL**
13   vs.                                     )   **DATES**_____
                                            )
14   HORIZON LINES, LLC and MATSON           )
     NAVIGATION COMPANY                      )
15                                           )
                                            )
16              Defendants.                  )
     _____ )
17

18          For the reasons set forth below, the parties to the above-entitled action stipulate, agree

19   and request the court continue the dates currently set for expert designation, expert discovery and

20   the date to complete private mediation.

21          Mr. Maxie has not been declared as having reached maximum cure from his alleged

22   injuries, which are the subject of this lawsuit, and is in the process of scheduling additional

23   medical testing.  Once the results of the additional tests are finalized, defendants intend to re-

24   schedule an independent medical examination (IME) of Mr. Maxie.  Following the IME, the

25   parties will reconvene plaintiff's deposition for the purposes of questioning plaintiff regarding

26   his medical condition and damages.  The parties had previously agreed to defer this phase of

27   plaintiff's deposition until his condition was permanent and stationary.

28          The parties also wish to participate in meaningful settlement discussions.  The parties

1    have agreed to a private mediator, Jerry Spolter, and scheduled a mediation for August 28, 2006.

2    However, given plaintiff's symptomology, the uncertainty regarding the date by which Mr.

3    Maxie will achieve maximum cure, plaintiff's upcoming medical testing, the anticipated IME of

4    plaintiff and plaintiff's further deposition, the parties cannot meaningfully participate in

5    settlement discussions before the current cut-off dates.

6            The parties intend to reschedule the mediation for a date in October 2006, since it is

7    anticipated that the IME and plaintiff's further deposition will be completed by that time.

8    Because of the expense involved in mediation and also in the retention and designation of

9    experts, the parties seek to continue expert disclosure and expert discovery until after the

10   mediation has been conducted.

11           Accordingly, the parties stipulate and respectfully request that the following pretrial dates

12   be continued as follows:

13       Expert disclosure & reports                     November 1, 2006
         (Present Date: August 11, 2006)
14
         Expert Discovery cut-off                        December 15, 2006
15       (Present date: September 1, 2006)

16       Private mediation completion                    November 1, 2006
         (Present date: August 1, 2006)
17
             The parties do not seek continuance of any of the other dates set forth on the Third
18
     Amended Pretrial Preparation Order entered on March 16, 2006.
19
                                            Respectfully Submitted,
20
     Dated: July 21, 2006                   BANNING MICKLOW & BULL LLP
21
                                            By:   S/ EDWARD M. BULL III
22                                                Edward M. Bull III
                                                  Attorneys for Plaintiff
23                                                DANIEL MAXIE

24   Dated: July 21, 2006                   LAW OFFICES OF HARVEY I. WITTENBERG

25                                          By:   S/ HARVEY I. WITTENBERG
                                                  Harvey I. Wittenberg
26                                                Attorneys for Defendant
                                                  HORIZON LINES, LLC
27
     //
28   //

1 | Dated: July 21, 2006             FLYNN DELICH & WISE

2 | By:   S/ JAMES B. NEBEL
3 |        James B. Nebel
       Attorneys for Defendant
       U.S. SHIP MANAGEMENT, INC.

4

5 | Dated: July 21, 2006             GIBSON ROBB & LINDH LLP

6 | By:   S/ PETER A. LINDH
7 |        Peter A. Lindh
       Attorneys for Defendant
       MATSON NAVIGATION COMPANY

8

9

10 |       PURSUANT TO STIPULATION, IT IS SO ORDERED.

11

12

13 | DATED: _ July 24, 2006 _____

      UNITED STATES DISTRICT JUDGE
      MAXINE M. CHESNEY

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28