1   PETER A. LINDH (061907)
    JENNIFER T. SANCHEZ (191548)
2   GIBSON ROBB & LINDH LLP
    100 First Street, 27th Floor
3   San Francisco, CA 94105
    Telephone:  (415) 348-6000
4   Facsimile:  (415) 348-6001

5   Attorneys for Defendant
    MATSON NAVIGATION COMPANY
6

7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11  DANIEL MAXIE,                    )   Case No. C 04-02255 MMC
                                     )
12              Plaintiff,           )   **STIPULATION AND ~~[PROPOSED]~~**
                                     )   **ORDER CONTINUING PRE-TRIAL**
13  vs.                              )   **DATES**
                                     )
14  HORIZON LINES, LLC and MATSON    )
    NAVIGATION COMPANY               )
15                                   )
                                     )
16              Defendants.          )
    _____ )
17

18          For the reasons set forth below, the parties to the above-entitled action stipulate, agree

19  and request the court continue the dates currently set for expert designation, expert discovery and

20  the date to complete private mediation.

21          The parties had previously agreed to defer the continued deposition of plaintiff until his

22  condition was permanent and stationary.  Mr. Maxie is still undergoing medical tests and

23  consultations.  Defendants are currently awaiting results and reports from recent tests.

24  Defendants have scheduled an independent medical examination and further deposition of

25  plaintiff Daniel Maxie with the understanding that the test results and report are going to be

26  available.  Defendants have also re-noticed plaintiff's further deposition for October after the

27  IME.

28  / / /

1    The parties also wish to participate in meaningful settlement discussions.  The current

2    mediation cut-off is November 1, 2006.  The parties have agreed to a private mediator, Jerry

3    Spolter, and had previously  scheduled a mediation for October 10, 2006.  Given the anticipated

4    IME of plaintiff and plaintiff's further deposition, the parties cannot meaningfully participate in

5    settlement discussions before the current cut-off date.  Defendants will not be able to review the

6    IME report and depose plaintiff in time to mediate on October 10, 2006, and so the parties agreed

7    to a continue the mediation until December 6, 2006.

8    Because of the expense involved in mediation and also in the retention and designation of

9    experts, the parties seek to continue expert disclosure and expert discovery until after the

10   mediation has been conducted.

11   Accordingly, the parties stipulate and respectfully request that the following pretrial dates

12   be continued as follows:

| | |
|---|---|
| Expert disclosure & reports (Present Date: November 1, 2006) | December 22, 2006 |
| Expert Discovery cut-off (Present date: December 15, 2006) | January 15, 2007 |
| Private mediation completion (Present date: November 1, 2006) | December 8, 2006 |

The parties do not seek continuance of any of the other dates set forth on the Third

Amended Pretrial Preparation Order entered on March 16, 2006.

Respectfully Submitted,

Dated: September 22, 2006          BANNING MICKLOW & BULL LLP

By:   S/ EDWARD M. BULL III
          Edward M. Bull III
          Attorneys for Plaintiff
          DANIEL MAXIE

Dated: September 22, 2006          LAW OFFICES OF HARVEY I. WITTENBERG

By:   S/ HARVEY I. WITTENBERG
          Harvey I. Wittenberg
          Attorneys for Defendant
          HORIZON LINES, LLC

1    Dated: September 22, 2006              FLYNN DELICH & WISE

2                                          By:   S/ JAMES B. NEBEL
                                                 James B. Nebel
3                                                Attorneys for Defendant
                                                 U.S. SHIP MANAGEMENT, INC.
4

5    Dated: September 22, 2006              GIBSON ROBB & LINDH LLP

6                                          By:   S/ JENNIFER T. SANCHEZ

7                                                Jennifer Tomlin Sanchez
                                                 Attorneys for Defendant
8                                                MATSON NAVIGATION COMPANY

9

10          PURSUANT TO STIPULATION, IT IS SO ORDERED.

11

12

13   DATED:   September 25, 2006
                                                 UNITED STATES DISTRICT JUDGE
14                                                  MAXINE M. CHESNEY

15

16

17

18

19

20

21

22

23

24

25

26

27

28