1  HARVEY I. WITTENBERG, STATE BAR NO. 37760
   THE LAW OFFICES OF HARVEY I. WITTENBERG
2  1807 ARLINGTON BLVD. EL CERRITO, CA 94530
   TELEPHONE:   510-235-0707
3  FACSIMILE    510-235-0606
   ATTORNEYS FOR DEFENDANT,
4  THIRD PARTY PLAINTIFF, CROSS-DEFENDANT
   And CROSS-CLAIMANT, HORIZON LINES, LLC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MAXIE<br>　　Plaintiff,<br>vs.<br>HORIZON LINES, LLC.,<br>MATSON NAVIGATION COMPANY<br>　　Defendants.<br>AND RELATED CASES | Case No. C 04-02255 MMC<br><br>**STIPULATION AND [PROPOSED]<br>ORDER CONTINUING PRE-TRIAL AND<br>TRIAL DATES.** |

For the reasons set forth below, all parties to the above-entitled action stipulate and respectfully request this court reschedule the following dates currently set in this action:

1. For the date to hold the next status conference:

   Present date November 17, 2006.        Proposed new date January 19, 2007.

2. For the date statements for the Proposed new status conference January 19, 2007 are due:

   Present date November 9, 2006.         Proposed new date January 12, 2007.

3. For the last day by which to file dispositive motions:

   Present date November 17, 2006.        Proposed new date January 22, 2007.

4. For the date to complete private mediation:

   Present date December 8, 2006.         Proposed new date February 16, 2007.

///

1. 5.   For expert disclosure and reports:
2.      Present date December 22, 2006.          Proposed new date March 2, 2007.
3. 6.   For the last day for the parties to meet and confer (Civil L.R. 16-10(b)(5).
4.      Present date January 2, 2007.            Proposed new date March 5, 2007.
5. 7.   For expert discovery cut off:
6.      Present date January 15, 2007.           Proposed new date March 20, 2007.
7. 8.   For trial:
8.      Present date February 20, 2007.          Proposed new date April 24, 2007.

The parties have previously requested and the court has previously agreed to reschedule some of the above dates based on the need to finish taking the plaintiff's deposition, which was completed on October 31, 2006, although it has not yet been transcribed and to allow the parties adequate time to attempt settlement through mediation.

At plaintiff's deposition it became apparent from his testimony that his medical condition is not stable, that his future employment options are uncertain and speculative, that he has been advised by one of his treating physicians, Dr. Richley to have a fusion operation on his back, that he wants to have a second medical opinion, that he does not know if he can or will want to or be able to return to his previous occupation working in the Steward's department on ocean going ships if he has this fusion operation, and that he is presently uncertain about his future work plans.  These factors make it presently difficult if not impractical or for any of the parties to evaluate the settlement value of the case or to hold a meaningful mediation and the parties are all in agreement that the rescheduling of the above court dates will allow the parties the time they need to attempt to resolve this case without having to go to trial on the date presently set or to complete the other requirements of the court set dates.

/ / /

Stipulation and (Proposed) order to                 2
Reschedule pre trial and trial dates.

It is therefore respectfully requested that the court grant the proposed order continuing the present dates of those events, including trial, set forth above to the proposed dates set forth above.

Dated: November 9, 2006

THE LAW OFFICES OF
HARVEY I. WITTENBERG

By: S/ HARVEY I. WITTENBERG
HARVEY I. WITTENBERG
ATTORNEYS FOR DEFEMDAMT
HORIZON LINES, LLC.

Dated: November 9, 2006

BANNING, MICKLOW & BULL

By: S/ EDWARD M. BULL III
EDWARD M. BULL III
ATTORNEYS FOR PLAINTIFF

Dated: November 9, 2006

FLYNN DELICH & WISE
By: S/ JAMES B. NEBEL
JAMES B. NEBEL
ATTORNEYS FOR DEFENDANT, U.S.
SHIP MANAGEMENT, INC.

Dated: November 9, 2006

GIBSON ROBB & LINDH LLP

By: S/ PETER A. LINDH
PETER A. LINDH
ATTORNEYS FOR DEFENDANT,
MATSON NAVIGATION COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED, with the exception that the trial date is hereby continued to Monday, April 23, 2007. In addition, the pretrial conference is hereby continued from February 6, 2007 to April 10, 2007.

DATED: November 14, 2006

UNITED STATES DISTRICT JUDGE
MAXINE M. CHESNEY

Stipulation and (Proposed) order to            3
Reschedule pre trial and trial dates.