1  PETER A. LINDH (061907)
   JENNIFER T. SANCHEZ (191548)
2  GIBSON ROBB & LINDH LLP
   100 First Street, 27th Floor
3  San Francisco, CA 94105
   Telephone: (415) 348-6000
4  Facsimile: (415) 348-6001

5  Attorneys for Defendant
   MATSON NAVIGATION COMPANY
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 DANIEL MAXIE,                    )  Case No. C 04-02255 MMC
                                    )
12         Plaintiff,                )  **STIPULATION AND [PROPOSED]**
                                    )  **ORDER CONTINUING PRE-TRIAL**
13 vs.                              )  **DATES**
                                    )
14 HORIZON LINES, LLC and MATSON    )
   NAVIGATION COMPANY               )
15                                  )
                                    )
16         Defendants.              )
   _____  )
17

18     For the reasons set forth below, the parties to the above-entitled action stipulate, agree

19 and request that the court continue the dates currently set for expert discovery and the date for

20 filing the joint pre-trial statement.

21     At the case management conference on January 19, 2007, the court continued the date for

22 the disclosure of experts until March 26, 2007, however under the current pre-trial calendar, the

23 expert discovery cut-off date is March 20, 2007, 6 days before the disclosure.  The parties

24 therefor stipulate and hereby request that the date for the close of expert discovery also be

25 continued from March 20, 2007 until April 3, 2007.  The parties also stipulate and hereby request

26 that the date for filing their joint pre-trial statement and the for filing jury instructions be

27 continued from March 27, 2007 until April 6, 2007.

28 / / /

---

STIPULATION AND [PROPOSED] ORDER CONTINUING PRE-TRIAL DATES
Our File No. 8001.03; Case No. C-04-02255 MMC

|   |   |   |
|---|---|---|
| 1 |   | Respectfully Submitted, |
| 2 | Dated: January 22, 2007 | BANNING MICKLOW & BULL LLP |
| 3 |   | By: S/ EDWARD M. BULL III |
|   |   | Edward M. Bull III |
| 4 |   | Attorneys for Plaintiff |
|   |   | DANIEL MAXIE |

Dated: January 22, 2007      LAW OFFICES OF HARVEY I. WITTENBERG

By:  S/ HARVEY I. WITTENBERG
     Harvey I. Wittenberg
     Attorneys for Defendant
     HORIZON LINES, LLC

Dated: January 22, 2007      FLYNN DELICH & WISE

By:  S/ JAMES B. NEBEL
     James B. Nebel
     Attorneys for Defendant
     U.S. SHIP MANAGEMENT, INC.

Dated: January 22, 2007      GIBSON ROBB & LINDH LLP

By:  S/ JENNIFER TOMLIN
     Jennifer Tomlin Sanchez
     Attorneys for Defendant
     MATSON NAVIGATION COMPANY

PURSUANT TO STIPULATION, IT IS ORDERED that expert discovery will remain open through ~~March 26~~ April 3, 2007, and the deadline for filing the parties' joint pre-trial statement and ~~the~~ for filing jury instructions be continued until April 6, 2007.

DATED: January 23, 2007

_____
UNITED STATES DISTRICT JUDGE
MAXINE M. CHESNEY