Dated: April 6, 2007

*IT IS SO ORDERED*
*Judge Maxine M. Chesney*
(United States District Court, Northern District of California — seal)

HARVEY I. WITTENBERG, STATE BAR NO. 37760
THE LAW OFFICES OF HARVEY I. WITTENBERG
1807 ARLINGTON BLVD.  EL CERRITO, CA 94530
TELEPHONE:   510-235-0707
FACSIMILE      510-235-0606
ATTORNEYS FOR DEFENDANT, and
THIRD PARTY PLAINTIFF, HORIZON LINES, LLC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MAXIE ) | Case No. |
|     Plaintiff, ) | C 04-02255 MMC |
|     vs. ) | |
| HORIZON LINES, LLC., ) | STIPULATION AND (PROPOSED) ORDER |
| MATSON NAVIGATION COMPANY ) | OF DISMISSAL OF THRID PARTY |
|     Defendants. ) | COMPLAINT, FRCP 41(a)(2) and (c) |
| HORIZON LINES, LLC., ) | |
|     Defendant and Third Party Plaintiff ) | |
|     vs. ) | |
| US SHIP MANAGEMENT, INC. ) | |
|     Third party defendant ) | |

WHEREAS on March 21, 2007 in the captioned action on being advised that the case had settled, the court ordered a conditional dismissal of the action with prejudice;

NOW THEREFORE, the parties to the third party complaint in the same action hereby stipulate to the dismissal of the third party complaint with prejudice, and on the same terms of the conditional dismissal ordered by the court of the main action, each party to bear its own costs.

Dated: April 6, 2007

THE LAW OFFICES OF
HARVEY I. WITTENBERG

By: s/s Harvey I. Wittenberg
HARVEY I. WITTENBERG
ATTORNEYS FOR DEFENDANT and
THIRD PARTY PLAINTIFF, HORIZON
LINES, LLC.

\\
\\
\\
\\
\\

Stipulation and (proposed) Order of Dismissal     1
FRCP 41.